UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20881-AHS

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

BATYA_STORE_1 (DOE 168)

WENMIAO (DOE 33)

XIHU888 (DOE 205)

YLS INDUSTRY (DOE 28)

Date:  May 6, 2024          Respectfully submitted by,

                                      **Richard Guerra**
                                      Richard Guerra (Fla. Bar No. 689521)
                                      Attorney Email address: rguerra@brickellip.com
                                      THE BRICKELL IP GROUP, PLLC
                                      1101 Brickell Avenue, South Tower, Suite 800
                                      Miami, FL 33131
                                      Telephone: (305) 728-8831
                                      *Attorneys for Plaintiff*