UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20881-CIV-SINGHAL

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte.* Plaintiff has filed a Motion for Default Final Judgment (DE [73]) which references a "Schedule A" of the defaulting defendants. Since the Motion for Default Final Judgment was filed, Plaintiff has dismissed a number of Defendants, rendering the original "Schedule A" inaccurate. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall file, and email to Chambers in Word format, a Revised Schedule A containing only the remaining defaulted Defendants.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of July 2024.

RAAG SINGHAL
UNITED STATES DISTRICT COURT JUDGE

Copies to counsel via CM/ECF